

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Hon. L. A. Woods
State Superintendent of Public Instruction
Austin, Texas

Dear Sir:
　　　　　　　　　Opinion No. 0-7158
　　　　　　　　　Re: Whether State Board of Educa-
　　　　　　　　　　tion is authorized to enter
　　　　　　　　　　into contract for purpose of
　　　　　　　　　　having the component materials
　　　　　　　　　　of State owned free textbooks
　　　　　　　　　　tested to determine whether such
　　　　　　　　　　textbooks comply with the offi-
　　　　　　　　　　cial minimum manufacturing
　　　　　　　　　　standards and specifications for
　　　　　　　　　　Texas textbooks or whether said
　　　　　　　　　　contract should be let by the
　　　　　　　　　　State Board of Control

　　　Your request for opinion has been received and care-
fully considered by this department. We quote from your re-
quest as follows:

　　　"We should like to have your opinion in regard
to the following question:

　　　"May the State Board of Education enter into
a contract with an individual, firm, or
agency for the purpose of having the com-
ponent materials of State owned free text-
books tested to determine whether or not
such textbooks comply with the Official
Minimum Manufacturing Standards and Specifi-
cations for Texas Textbooks?

　　　"In the past your department has ruled that a
contract for the rebinding of State owned textbooks should
be let by the State Board of Control, and when the ques-
tion of having tests made of the component materials of
free textbooks came before the State Board of Education

Hon. L. A. Woods - Page 2

for its consideration, the question was raised as to whether or not this would be be a proper function of the Board of Education or of the Board of Control.

"Several years ago the State Board of Education approved the manufacturing standards and specifications as set out in the attached Form A entitled Official Minimum Manufacturing Standards and Specifications for Textbooks. These specifications and standards have now been adopted by at least twelve states and were originally worked up from the specifications prepared in the local Textbook Division. These specifications and standards have also been adopted by the Book Manufacturers' Institute of the United States for the manufacture of textbooks in all states which have free books.

"The State Board of Education has at no time since the adoption of its official minimum manufacturing standards and specifications had any method by which it could determine with any degree of exactness whether or not its specifications were being complied with in the manufacture of textbooks. The only method of determining such matters in the past has been by visual and manual examination of bound volumes without the aid of instruments or specific scientific tests of any kind. However, it is provided in Article 2848, R.C.S. that '. . . The text books shall be selected and adopted after a careful examination and consideration of all books presented, and the books selected and adopted shall be those which, in the opinion of the Commission, are most acceptable for use in the schools -- quality, mechanical construction, paper, print, authorship, literary merit and other relevant matters being given such weight in making its decision as the Commission may deem advisable.'

"In view of the fact that the State Board of Education purchases annually approximately two million dollars worth of State textbooks and that the books in the State represent a continuous investment of from six to eight million dollars, it seems that it

Hon. L. A. Woods - Page 3

would be desirable to have access to some
agency through which it can be definitely de-
termined that these products are being manufac-
tured in such manner as to protect the fiscal
interests of the State and at the same time provide
the children of the State with the best content
materials of the respective subjects for a pro-
gressive educational program. The following is
an example of what could happen if certain types
of textbooks were made of poor materials or
were poorly manufactured and would not stand up
to the hard usage to which such books are sub-
jected in the hands of the children in the
upper elementary grades: A certain textbook in
the subject of United States History now under
contract is purchased at a cost of $1.47. In the
three years that this book has been under contract
the State has purchased approximately 120,000
copies at an approximate cost of $175,000.00.
The book is under contract for three more years.
Should the 120,000 copies now in the State be-
cause of poor component materials or poor manu-
facturing standards go to pieces in the next
year or two, the cost of replacements for this
one title could very easily be practically
doubled, whereas a book of similar type and
cost which is composed of standard materials and
which is produced under standard manufacturing processes
can be maintained in the schools for six years at an
average total replacement cost of from fifteen to twenty-
five per cent of the purchase price of the original
number needed to completely supply the schools.

"Certain contacts have been made and it is defi-
nitely established that there are testing laboratories
in the State whose owners and employees together are
adequately prepared and equipment is available for
making such tests as will determine the quality of ma-
terials employed in the manufacture of State owned text-
books. Moreover, the testing procedure and the tests
themselves are all set out in Column 22, Page 3 of Form
A, Minimum Manufacturing Standards and Specifications
for Textbooks.

"We shall be glad to have your opinion with
respect to our original question at your early conven-
ience."

Hon. L. A. Woods - Page 4

Article 2848, Vernon's Annotated Texas Civil Statutes, reads as follows:

"It shall be the duty of the commission to meet at the time and place mentioned in the notice and advertisement, and it shall then and there open and examine the sealed proposals received; and it shall be the duty of the commission to make a full and complete investigation of all the books and bids accompanying the same. The textbooks shall be selected and adopted after a careful examination and consideration of all books presented, and the books selected and adopted shall be those which in the opinion of the commission are most acceptable for use in the schools - quality, mechanical construction, paper, print price, authorship, literary merit and other relevant matters being given such weight in making its decision as the commission may deem advisable. The commission shall proceed without delay to adopt for use in the public schools of this State textbooks on all branches hereinbefore mentioned; provided, that if the bids submitted to said commission should not be satisfactory to said commission, they may postpone the selection of such books or a part thereof to such time as they may select, and after the same is readvertised, new bids may be received and acted on by such commission as provided for in this Act; provided, that no textbook shall be adopted until it has been read carefully and examined by at least a majority of the commission." (Underscoring ours)

The State Textbook Commission has been abolished and its duties were transferred to the State Board of Education. See Article 2675b-5, Vernon's Annotated Texas Civil Statutes.

Opinion No. O-401 of this department is the opinion referred to in your letter, which holds that a contract for rebinding of State owned textbooks should be let by the State Board of Control. However, this holding was based on the specific provisions of Article 508, R.C.S. and we think has no application to the question submitted by you.

Many statutes deal with the authority of the Board of Control to let contracts for the purchase of State supplies,

Hon. L. A. Woods - Page 5

printing, etc. but we are unable to find any statute giving the Board of Control any authority or jurisdiction over the letting of a contract similar to the one inquired about in your letter, and it is therefore our opinion that the Board of Control has no authority or duty to let the contract inquired about.

It is our further opinion that Article 2848, supra, is broad enough to authorize the Board of Education to enter into the contract inquired about.

It is our further opinion that there is an available appropriation from which payment of such contract could be made. This appropriation is found under the title "Textbook Division and Textbook Depository", is a part of the appropriations provided for the State Board of Education, is found on page 851, Vol. 5, Vernon's 1945 Texas Session Law Service, and reads as follows:

> "It is provided that any amount expended for Textbook Administration, including new textbooks, rebinding, and any other expenses connected therewith, shall be paid out of the State Textbook Fund." (Underscoring ours)

Trusting that this satisfactorily answers your inquiry, we are

Very truly yours

ATTORNEY GENERAL OF TEXAS

By        Wm. J. Fanning
               Assistant

APPROVED MAR 8, 1946
FIRST ASSISTANT
ATTORNEY GENERAL

WJF:BT



APPROVED OPINION COMMITTEE BY BW73 CHAIRMAN